**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: ) | CHAPTER 7 CASE | |
| POMP, KIMBERLY C. ) | | |
| ) | CASE NO. 06-05917 BB | |
| PETERSEN, KIMBERLY C. ) | | |
| ) | JUDGE BRUCE W. BLACK | |
| Debtor(s) ) | | |

**TRUSTEE'S FINAL REPORT**

To:   THE HONORABLE
      BANKRUPTCY JUDGE BRUCE W. BLACK

NOW COMES BRADLEY J. WALLER, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. A Petition under Chapter 7 of the US Bankruptcy Code was filed by the above named debtors on 05/23/06. BRADLEY J. WALLER was appointed as the Chapter 7 trustee on 05/23/06. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $6,665.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of September 17, 2007 is as follows:

    a.    RECEIPTS (See Exhibit C)    3,008.85

    b.    DISBURSEMENTS (See Exhibit C)    0.49

    c.    NET CASH available for distribution    3,008.36

    d.    TRUSTEE/PROFESSIONAL COSTS

        1.    Trustee compensation requested    752.21
            (See Exhibit E)

        2.    Trustee Expenses (See Exhibit E)    164.67

   3. Compensation requested by attorney or other professionals for trustee (See Exhibit F)    0.00

5. The Bar Date for filing unsecured claims expired on 02/20/07.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (see Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

  a. Allowed unpaid Secured Claims    0.00
  b. Chapter 7 Administrative and 28 U.S.C. §1930 Claims    916.88
  c. Allowed Chapter 11 Administrative Claims    0.00
  d. Allowed Priority Claims    0.00
  e. Allowed Unsecured Claims    53,723.45

7. Trustee proposes that unsecured creditors receive a distribution of 3.89% of allowed claims.

8. Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys, accountants, or other professional's fees and expenses requested but not yet allowed is $0.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $916.88 (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G).

9. A fee of $1,000.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

  WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

           RESPECTFULLY SUBMITTED:

Dated: September 17, 2007  By: /s/ Bradley J. Waller
           BRADLEY J. WALLER, TRUSTEE
           KLEIN, STODDARD, BUCK, WALLER & LEWIS, LLC.
           2045 ABERDEEN COURT
           SYCAMORE, IL  60178

Kimberly C. Pomp
06-05917

## TASKS PERFORMED BY TRUSTEE

      The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of financial Affairs. The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors. At said meeting of creditors the Trustee learned that the debtor had made preference payments to her father. The Trustee compromised the Estate's Right, Title and Interest in an Action Under 11 USC §547 and §548 with this courts approval.

      The Trustee prepared semi-annual reports to the United States Trustee's Office.

      The Trustee managed the estate's cash on hand. This included investing the estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements.

      The Trustee examined the Debtor's records in an effort to identify additional assets available to the estate for liquidation and to verify the disposition of assets.

      The Trustee determined there were no tax issues concerning this estate.

      The Trustee reviewed the claims filed in this case.

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-05917 BB  
**Case Name:** POMP, KIMBERLY C.  
**Period Ending:** 09/17/07

**Trustee:** (330500) BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 05/23/06 (f)  
**§341(a) Meeting Date:** 07/20/06  
**Claims Bar Date:** 02/20/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHECKING ACCOUNT | 125.00 | 0.00 | DA | 0.00 | FA |
| 2 | SAVINGS ACCOUNT | 340.00 | 0.00 | DA | 0.00 | FA |
| 3 | HOUSEHOLD GOODS | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | WEARING APPAREL | 400.00 | 0.00 | DA | 0.00 | FA |
| 5 | MISC JEWELRY | 800.00 | 0.00 | DA | 0.00 | FA |
| 6 | 2001 CHEVY CAVALIER | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 7 | PREFERENCE ACTION (u) | 0.00 | 3,000.00 | | 3,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 8.85 | Unknown |
| 8 | **Assets Totals** (Excluding unknown values) | **$6,665.00** | **$3,000.00** | | **$3,008.85** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2007      **Current Projected Date Of Final Report (TFR):** September 17, 2007 (Actual)

Printed: 09/17/2007 01:59 PM      V.9.55

## Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 06-05917 BB | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | POMP, KIMBERLY C. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****24-65 - Money Market Account |
| Taxpayer ID #: | 13-7547733 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 09/17/07 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/27/06 | {7} | Kenneth R. Petersen | Payment per court order of 12/1/2006 | 1241-000 | 600.00 | | 600.00 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.02 | | 600.02 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.38 | | 600.40 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.40 | | 600.80 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.29 | | 601.09 |
| 03/01/07 | 1001 | Klein, Stoddard, Buck, Waller, & Lewis LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/31/2007 FOR CASE #06-05917 | 2300-000 | | 0.49 | 600.60 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.32 | | 600.92 |
| 04/14/07 | {7} | Kenneth R. Petersen | Payment per court order of 12/1/2006 | 1241-000 | 2,400.00 | | 3,000.92 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.88 | | 3,001.80 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.65 | | 3,003.45 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.55 | | 3,005.00 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.71 | | 3,006.71 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.65 | | 3,008.36 |
| | | | **ACCOUNT TOTALS** | | 3,008.85 | 0.49 | **$3,008.36** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 3,008.85 | 0.49 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,008.85** | **$0.49** | |

{} Asset reference(s)                                                                                                           Printed: 09/17/2007 01:59 PM     V.9.55

Case 06-05917    Doc 30    Filed 10/07/07    Entered 10/07/07 10:08:41    Desc Main
Document      Page 6 of 14

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 06-05917 BB | | **Trustee:** | BRADLEY J. WALLER (330500) |
| **Case Name:** | POMP, KIMBERLY C. | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****24-65 - Money Market Account |
| **Taxpayer ID #:** | 13-7547733 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 09/17/07 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |

|  | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****24-65** | 3,008.85 | 0.49 | 3,008.36 |
| | $3,008.85 | $0.49 | $3,008.36 |

{} Asset reference(s)                                                                                                   Printed: 09/17/2007 01:59 PM      V.9.55

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: ) | CHAPTER 7 CASE | |
| POMP, KIMBERLY C. ) | | |
| ) | CASE NO. 06-05917 BB | |
| PETERSEN, KIMBERLY C. ) | | |
| ) | JUDGE BRUCE W. BLACK | |
| Debtor(s) ) | | |

**DISTRIBUTION REPORT**

I, <u>BRADLEY J. WALLER</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---|
| Secured Claims | $          0.00 |
| Chapter 7 Administrative Expenses: | $        916.88 |
| Chapter 11 Administrative Expenses: | $          0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $          0.00 |
| Secured Tax Liens: | $          0.00 |
| Priority Tax Claims: | $          0.00 |
| Other Priority Claims (507(a)(9)): | $          0.00 |
| General Unsecured Claims: | $      2,091.48 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $      3,008.36 |

**EXHIBIT D**

**DISTRIBUTION REPORTS** **PAGE 2**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| Secured Claims | $0.00 | 0.00% |
| **CLAIM NUMBER** — **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $916.88 | 100.00% |
| **CLAIM NUMBER** — **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| BRADLEY J. WALLER | 752.21 | 752.21 |
| BRADLEY J. WALLER | 164.67 | 164.67 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |
| **CLAIM NUMBER** — **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |
| **CLAIM NUMBER** — **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**EXHIBIT D**

**DISTRIBUTION REPORTS** **PAGE 3**

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| | | TOTAL | FINAL |
|---|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORTS**  **PAGE 4**

| 9. TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND% |
|---|---:|---:|
| 507(a)(7) - Alimony | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| §724(b) - Tax Liens | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| §507(a)(8) - Tax claims excluding fines and penalties | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are | $53,723.45 | 3.89% |

**EXHIBIT D**

**DISTRIBUTION REPORTS**    **PAGE 5**

paid in full)

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|
| 1 | World Financial Network National Bank | 481.03 | 18.73 |
| 2 | Sallie Mae Trust | 18,775.18 | 730.93 |
| 3 | FAS Adjustment Bureau | 766.54 | 29.84 |
| 4 | Autovest L.L.C. | 9,999.42 | 389.28 |
| 5 | Applied Card Bank | 2,279.62 | 88.75 |
| 6 | B-Line, LLC/NCO Portfolio Management, Inc. | 2,996.48 | 116.65 |
| 7 | eCAST Settlement Corporation successor to | 2,120.27 | 82.54 |
| 8 | eCAST Settlement Corporation successor to | 7,080.01 | 275.63 |
| 9 | eCAST Settlement Corporation successor to | 594.77 | 23.15 |
| 10 | Midland Credit Management, Inc. | 3,724.10 | 144.98 |
| 11 | eCAST Settlement Corporation assignee of | 4,410.35 | 171.70 |
| 12 | Recovery Management Systems Corporation | 411.17 | 16.01 |
| 13 | LVNV Funding LLC its successors and assigns as | 84.51 | 3.29 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| Subordinated unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                 **PAGE 6**

| **15.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---:|---:|
| | §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |

| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
|---|---|---:|---:|

| **16.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---:|---:|
| | §726(a)(4) - Fines/penalties | $0.00 | 0.00% |

| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
|---|---|---:|---:|

| **17.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---:|---:|
| | §726(a)(5) - Interest | $0.00 | 0.00% |

| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
|---|---|---:|---:|

| **18.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---:|---:|
| | §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |

| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
|---|---|---:|---:|

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

**EXHIBIT D**

**DISTRIBUTION REPORTS** **PAGE 7**

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: _____          _____
                                                                BRADLEY J. WALLER, Trustee

**EXHIBIT D**

Kimberly C. Pomp
06-05917

**PROFESSIONAL FEES AND EXPENSES**

|  | **Previously Allowed** | **Pending Compensation Applications** | **Fees & Expenses Total** |
|---|---|---|---|
| **Attorney for Trustee** | 0.00 | 0.00 | 0.00 |
| **Accountant for Trustee** | 0.00 | 0.00 | 0.00 |
| **Realtor for Trustee** | 0.00 | 0.00 | 0.00 |
| **Attorney for Debtor**<br>Karen Walin<br>13161 W. 143rd Street<br>Suite 102<br>Homer Glen, IL 60491 | 1,000.00 | 0.00 | 1,000.00 |
| **Other Professionals**<br>Bradley J. Waller, Trustee<br>Klein, Stoddard, Buck, Waller & Lewis<br>2045 Aberdeen Court<br>Sycamore, IL 60178 | 0.00 | 916.88 | 916.88 |
| TOTAL | $ 1,000.00 | $ 916.88 | $ 1,916.88 |

**EXHIBIT G**