# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| POMP, KIMBERLY C. | ) | |
| | ) | CASE NO. 06-05917 BB |
| PETERSEN, KIMBERLY C. | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: Will County Court Annex, 57 N. Ottawa St, Room 201, Joliet, IL 60432

    on: **November 30, 2007**
    at: **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                 $       3,008.85

    b. Disbursements                            $           0.49

    c. Net Cash Available for Distribution      $       3,008.36

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Bradley J. Waller, Trustee Trustee | $ | $ 752.21 | $ 164.67 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | none | | |

6. Claims of general unsecured creditors totaling $53,723.45, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 3.89%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | World Financial Network National Bank | $ 481.03 | $ 18.73 |
| 2 | Sallie Mae Trust | $ 18,775.18 | $ 730.93 |
| 3 | FAS Adjustment Bureau | $ 766.54 | $ 29.84 |
| 4 | Autovest L.L.C. | $ 9,999.42 | $ 389.28 |
| 5 | Applied Card Bank | $ 2,279.62 | $ 88.75 |
| 6 | B-Line, LLC/NCO Portfolio Management, Inc. | $ 2,996.48 | $ 116.65 |
| 7 | eCAST Settlement Corporation successor to | $ 2,120.27 | $ 82.54 |
| 8 | eCAST Settlement Corporation successor to | $ 7,080.01 | $ 275.63 |
| 9 | eCAST Settlement Corporation successor to | $ 594.77 | $ 23.15 |
| 10 | Midland Credit Management, Inc. | $ 3,724.10 | $ 144.98 |
| 11 | eCAST Settlement Corporation assignee of | $ 4,410.35 | $ 171.70 |
| 12 | Recovery Management Systems Corporation | $ 411.17 | $ 16.01 |
| 13 | LVNV Funding LLC its successors and assigns | $ 84.51 | $ 3.29 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:
    a. Checking Account
    b. Savings Account
    c. Household Goods
    d. Wearing Apparel
    e. Misc. Jewelry
    f. 2001 Chevy Cavalier

Dated: **October 24, 2007**     For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

Case 06-05917    Doc 34    Filed 10/24/07    Entered 10/27/07 00:03:42    Desc Imaged
                          Certificate of Service    Page 3 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 2          Date Rcvd: Oct 24, 2007
Case: 06-05917                Form ID: pdf002          Total Served: 49

The following entities were served by first class mail on Oct 26, 2007.
db           +Kimberly C Pomp,    12123 Somerset Road,    Orland Park, IL 60467-1125
aty          +Karen Walin,    Law Office of Karen Walin,    13161 W 143rd Street,    #102,
               Homer Glen, IL 60491-6670
tr           +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
10747290     +AT&T Corporation,    C/O NCO Financial Systems, Inc.,    507 Prudential Road,
               Horsham, PA 19044-2308
10747289     +Applied Card Bank,    P.O. Box 17123,    Wilmington, DE 19850-7123
11092129      Applied Card Bank,    PO Box 17125,    Willmington, DE 19850-7125
11059349      Autovest L.L.C.,    C/O Servicing Solutions,    PO Box 3875,    Southfield, MI 48037-3875
10747291     +Autovest LLC,    PO Box 2247,    Southfield, MI 48037-2247
10747292     +BP/CITI,    P.O. Box 6003,    Hagerstown, MD 21747-6003
10747293     +Capital One,    P.O. Box 85015,    Richmond, VA 23285-5015
10747294     +Chase,    225 Chastain Meadows Ct,    Kennesaw, GA 30144-5841
10747296     +Citibank,    C/O Whitewing Financial Group, Inc.,    1710 S. Dairy Ashford,
               Houston, TX 77077-3853
10747295     +Citibank,    C/O Midland Credit Management,    P.O. Box 939019,    San Diego, CA 92193-9019
10747303      Ecast Settlement Corporation,    assignee of Household Finance Corporatio,    POB 35480,
               Newark, NJ 07193-5480
10747297      FAS Adjustment Bureau,    POB 1543,    Orange Park, FL 32067-1543
10747298     +First Premier Bank,    C/O Arrow Financial Service,    5996 W. Touhy Avenue,    Niles, IL 60714-4610
10747299     +First Premier Bank,    601 S. Minnesota Avenue,    Sioux Falls, SD 57104-4868
10747301     +GMAC,    P.O. Box 105677,    Atlanta, GA 30348-5677
10747300      General Revenue Corp,    PO Box 82508,    Las Vegas, NV 89180-2508
10747302     +Health Central,    C/O Financial Credit Services,    P.O. Box 90,    Clearwater, FL 33757-0090
10747304     +Huntington National Bank,    Liquidation And Recovery Dept,    POB 1558 HZ 0121,
               Columbus, OH 43216-1558
10747288     +Law Office Of Karen Walin,    13161 W 143rd Street Suite 102,    Homer Glen, IL 60491-6670
10747305     +MAF Collection Services,    134 S Tampa St,    Tampa, FL 33602-5354
10747306     +MCI,    C/O LVNV Funding,    P.O. Box 10497,    Greenville, SC 29603-0497
10747307     +Medical Consumer Counseling,    C/O MAF Collection Services,    134 S. Tampa Street,
               Tampa, FL 33602-5354
11160598     +Midland Credit Management, Inc.,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
10747308     +Moody Jones & Montefusco PA,    For GMAC,    1333 S. University Dr #201,
               Plantation, FL 33324-4001
10747309     +NCO Portfolio Management,    C/O Weltman, Weinberg & Reis,    10 S. LaSalle Street, Suite 900,
               Chicago, IL 60603-1016
10747310     +PDA Financial Trust,    C/O Arrow Financial Service,    5996 W. Touhy Avenue,
               Niles, IL 60714-4610
10747287     +Pomp Kimberly C,    12123 Somerset Road,    Orland Park, IL 60467-1125
10747311     +Professional Credit Services Inc,    For Household Bank,    500 Bi County Blvd #350,
               Farmingdale, NY 11735-3996
10747312     +Providian,    C/O Baker, Schwartz And Levin,    5850 W. Atlantic Avenue,
               Delray Beach, FL 33484-8429
10747313      Quicken Platinum,    C/O Ocwen,    P.O. Box 785058,    Orlando, FL 32878-5058
11146131     +Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11183161     +Recovery Management Systems Corporation,    For Great Seneca Financial Corporation,
               As Assignee of Citibank-AMOCO CONSUMER B,    25 SE 2nd Avenue, Suite 1120,    Miami FL 33131-1605
10747314     +Risk Management Alternatives Inc,    880 Grier,    Las Vegas, NV 89119-3718
10747315      Rooms To Go,    11540 Hwy 93 E,    Seffner, FL 33584
11042431     +Sallie Mae Trust,    c/o Sallie Mae Inc,    220 Lasley Avenue,    Wilkes-Barre, Pa 18706-1496
10747316     +Spiegel,    101 Crossway Park West,    Woodbury, NY 11797-2020
10747317     +Sprint,    C/O Park Dansan,    113 W 3rd Avenue,    Gastonia, NC 28052-4320
10747318     +WFNNB-Chadwicks Of Boston,    P.O. Box 182746,    Columbus, OH 43218-2746
11037180     +World Financial Network National Bank,    Chadwicks,    c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
10747319     +Worldwide Asset Purchasing,    C/O Protocol Recovery Service, Inc.,    509 Mercer Avenue,
               Panama City, FL 32401-2631
11179671      eCAST Settlement Corporation assignee of,    Household Finance Corporation,    POB 35480,
               Newark NJ 07193-5480
11160428      eCAST Settlement Corporation successor to,    Arrow Financial Services LLC assignee,
               of PDA FINANCIAL TRUST 2003-1 PROVIDIAN,    POB 35480,    Newark NJ 07193-5480
11160406      eCAST Settlement Corporation successor to,    Arrow Financial Services LLC assignee,
               of HOUSEHOLD BANK ROOMS TO GO,    POB 35480,    Newark NJ 07193-5480
11160433      eCAST Settlement Corporation successor to,    Arrow Financial Services LLC assignee,
               of FIRST PREMIER BANK,    POB 35480,    Newark NJ 07193-5480

The following entities were served by electronic transmission on Oct 25, 2007.
11092988     +E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Oct 25 2007 04:31:34
               B-Line, LLC/NCO Portfolio Management, Inc.,    S AND P ENCORE,    Mail Stop 550,
               2101 Fourth Ave., Suite 1030,    Seattle, WA 98121-2317
11183692      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of MCI,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
                                                                                               TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Oct 24, 2007
Case: 06-05917                Form ID: pdf002          Total Served: 49

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 26, 2007**                    **Signature:**     *Joseph Speetjens*